TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    Email: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NASEEB ABURAJAB,<br><br>    Defendant. | No. EDCV 21-00833<br><br>[CR 05-0924-DSF-2]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF:**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEES MOSS BROS. AUTO GROUP, INC. AND MOSS BROS. GERMAN, INC. [28 U.S.C. § 3205(b)]**<br><br>  and<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court order issuing a writ of continuing garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Naseeb Aburajab*, CR 05-0924-DSF.  In connection with this request, the United States also seeks the issuance of a clerk's notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this Application.

On June 5, 2006, the Court imposed the following criminal judgment debt against defendant-judgment debtor Naseeb Aburajab ("Defendant"):

- Restitution: $188,790.00
- Special assessment: $100.00

Defendant's social security number is \*\*\*-\*\*-6920, and Defendant resides in Highland, California.  As of May 7, 2021, Defendant's criminal debt balance is $164,430.92.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this Application, and Defendant has not paid the amount due.

Garnishees Moss Bros. Auto Group, Inc. and Moss Bros. German, Inc. ("Garnishees") are believed to owe or will owe, money or property to Defendant, or are in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that Garnishees pay nonexempt disposable earnings to Defendant.  By and through this writ of garnishment, the United States seeks to garnish 25% of Defendant's disposable earnings for each pay period that Garnishees owe or will owe, money or property to Defendant.  28 U.S.C. § 3205(b)(1)(C); *see also* 15 U.S.C. § 1673.  Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Defendant's gross earnings.  15 U.S.C. § 1672(b).

///

///

The name and address of Garnishees or Garnishees' authorized agent is:

**Moss Bros. Auto Group, Inc.**
**Attn: Glenn L. Moss, Sr.**
**8146 Auto Drive**
**Riverside, CA 92504**

   and

**Moss Bros. German, Inc.**
**Attn: Glenn L. Moss, Sr.**
**8146 Auto Drive**
**Riverside, CA 92504**

Dated:  May 10, 2021.                    Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section

/s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America