UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NASEEB ABURAJAB,<br><br>    Defendant. | **No. EDCV 21-00833**<br><br>[CR 05-0924-DSF-2]<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT [28 U.S.C. § 3205(c)(1)]**<br><br>  **and**<br><br>**ORDER TO ISSUE CLERK'S NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT [28 U.S.C. § 3202(b)]**<br><br>[MOSS BROS. AUTO GROUP, INC. AND MOSS BROS. GERMAN, INC.] |

The Court, having considered the Application of plaintiff United States of America for an order directing the Clerk of the Court to issue a writ of continuing garnishment and a Clerk's notice of continuing garnishment against defendant-judgment debtor Naseeb Aburajab, for nonexempt disposable earning paid by garnishees Moss Bros. Auto Group, Inc. and Moss Bros. German, Inc., and it appearing to the Court that the issuance of such is proper under the circumstances of this case, ORDERS that:

(1) The Clerk of the Court shall issue a writ of continuing garnishment with respect to garnishees Moss Bros. Auto Group, Inc. and Moss Bros. German, Inc.; and

(2) The Clerk of the Court shall issue a Clerk's notice of continuing postjudgment garnishment to Naseeb Aburajab by signing the forms submitted by the United States.

IT IS SO ORDERED.

DATED: May 14, 2021

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE